UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

LARRY WILLIAMS,

        Petitioner,         Case No. 1:20-cv-239

v.                                Honorable Paul L. Maloney

SHERRY BURT,

        Respondent.
_____/

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.


Dated:  June 15, 2020                    /s/ Paul L. Maloney
                                                Paul L. Maloney
                                                United States District Judge