UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

―――

LARRY WILLIAMS,

       Petitioner,               Case No. 1:20-cv-239

v.                                    Honorable Paul L. Maloney

SHERRY BURT,

       Respondent.
_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.

Dated:   June 15, 2020                           /s/ Paul L. Maloney
                                                                    Paul L. Maloney
                                                                    United States District Judge